UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SJOSTEDT,<br><br>   Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC, CITIMORTGAGE,<br>And JANICE M. SILVA,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 17-10425<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the District of Massachusetts

Pursuant to 28 U.S.C. §§ 1441 *et seq.* Defendant Ditech Financial LLC ("Ditech") removes the action captioned <u>John Sjostedt v. Ditech Financial LLC et al</u>, now pending in the Massachusetts Superior Court, Plymouth County, to the United States District Court for the District of Massachusetts.  In so doing, Ditech states the following:

 1. On or about March 9, 2017, John Sjostedt  ("Sjostedt") filed this action against Ditech, Citimortgage and Janice M. Silva in Plymouth Superior Court.

 2. On March 10, 2017, Sjostedt served Ditech with a Summons and Complaint.  A true and accurate copy of the documents served on Ditech are attached as **Exhibit A**.

 3. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is timely because this Notice has been filed within thirty (30) days of service of the Summons and Complaint on Ditech.

 4. This Court has original subject matter jurisdiction over this action on the basis of 28 U.S.C. § 1332.  First, there is complete diversity of citizenship between Sjostedt,  Ditech and Citimortgage.  Sjostedt is a citizen and resident of Massachusetts.  Complaint, ¶ 4.  For diversity

purposes, "citizenship of a limited liability company is determined by the citizenship of all of its members." Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc., 435 F.3d 51, 54 (1st Cir. 2006).  Here:

- The members of Ditech Financial LLC are Green Tree Licensing LLC, a Delaware limited liability company with its principal office in Minnesota and Green Tree Servicing Corp., a Delaware corporation with its principal office in Minnesota.

- The sole member of Green Tree Licensing LLC is Green Tree Investment Holdings II LLC, a Delaware limited liability company with its principal office located in Minnesota.

- The sole member of Green Tree Investment Holdings II LLC is Green Tree Credit Solutions LLC, a Delaware limited liability company with its principal office located in Minnesota.

- The sole member of Green Tree Credit Solutions LLC is Walter Investment Management Corp., a Maryland corporation with its principal office located in Florida.

6. On information and belief CitiMortgage is a corporation incorporated in New York with a principal place of business in Missouri.

There is, therefore, complete diversity of citizenship.

7. A petition for removal will not be defeated based upon the fraudulent joinder of a non-diverse defendant.  See In re New England Mutula Life Insurance Co. Sales Practices Litigation, 324 F.Supp.2d 288, 297 (D. Mass. 2004); see also Millis v. Allegiance Healthcare Corp., 178 F.Supp.2d 1, 4 (D. Mass. 2001) ("This right of removal cannot be defeated by a fraudulent joinder of a non-diverse defendant 'having no real connection with the controversy.'")

"Fraudulent joinder is an exception to the rule that a federal district court has no jurisdiction under 28 U.S.C. § 1332 when complete diversity of citizenship does not exist between the parties." See Simons v. Hitachi America, Ltd., Civil Action No. 06-11895, 2007 WL 1306558 *2 (D. Mass. May 3, 2007). "A mere theoretical possibility of recovery under state law does not suffice to preclude removal." Mills, 178 F.Supp.2d at 5.

8.  In this case, the Plaintiff does not even have a "theoretical possibility" of recovery against the non-diverse defendant Janice Silva. Rather, the two declaratory judgment claims that are asserted against her are based upon an inaccurate assumption that Silva purchased the property at foreclosure sale. Silva however did not purchase the property and without an interest in the property the Plaintiff has no "real connection with the controversy" and the case is removable. See Carey v. Bd of Governors of Kernwood Country Club, 337 F.Supp.2d 339, 341 (D. Mass. 2004).

9.  Second, the amount in controversy exceeds $75,000. In the Complaint, Sjostedt alleges that Ditech, his loan servicer, and CitiMortgage, its predecessor-in-interest breached a modification agreement. The property has an assessed value of $90,400. Thus, the amount in controversy exceeds $75,000. See Hunt v. Washington State Apple Advertising Com'n, 432 U.S. 333 (1977) (in an action seeking declaratory relief the amount in controversy for jurisdiction purposes); see also MB Auto Care Management, Inc. v. Plaza Carolina Mall, L.P., 695 F.Supp.2d 1, 4 (1st Cir. 2010).

10.  As a result, this Court has original subject matter jurisdiction over this action on the basis of 28 U.S.C. § 1332, as there is complete diversity of citizenship between Sjostedt, Ditech and CitiMortgage and because the matter in controversy exceeds $75,000.

11.     Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Massachusetts Superior Court.

12.     Pursuant to Local Rule 81.1(c), within fourteen (14) days of filing this Notice of Removal, Ditech will file certified or attested copies of the state court record in this Court.

**WHEREFORE**, Ditech requests that the above action now pending against it in the Massachusetts Superior Court, Plymouth County, be removed therefrom to this Court.

|  |  |
|---|---|
|  | DITECH FINANCIAL LLC |
|  | By its attorneys, |
|  | */s/ Richard Briansky* |
| Dated: March 15, 2017 | Richard Briansky (BBO# 632709) |
|  | Amy B. Hackett (BBO# 676345) |
|  | McCarter & English LLP |
|  | 265 Franklin Street |
|  | Boston, MA 02110 |
|  | Phone: (617) 449-6500 |
|  | rbriansky@mmcarter.com |
|  | ahackett@mccarter.com |

## CERTIFICATE OF SERVICE

I, Richard Briansky, certify that on March 15, 2017, I served a copy of the foregoing document on counsel for all parties by delivering a copy of the same by first class mail:

Adam Sherwin
The Sherwin Law Firm
5 Middlesex Avenue 4th Floor Suite 400
Somerville, MA 02145

*/s/ Richard Briansky*
Richard Briansky